# UNITED STATES DISTRICT COURT

SOUTHERN   District of   NEW YORK

REX JONES,

        Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
LUIS ORTIZ (Shield 1133, Tax ID 934038, 43rd
Precinct), and JOHN DOES 1-5,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4618

JUDGE KOELTL

TO: (Name and address of Defendant)

THE CITY OF NEW YORK
c/o NYC LAW DEPARTMENT
100 CHURCH STREET
4th FLOOR SERVICE DESK
NEW YORK, NY 10007

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOEL BERGER
360 LEXINGTON AVENUE, 16th Fl.
NEW YORK, NY 10017-6502

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          MAY 1 9 2008

CLERK                                                     DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 19, 2008 |
| NAME OF SERVER (PRINT) Joel Berger | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Amanda Gonzales, Docketing Clerk

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 19, 2008
                    Date                                     *Signature of Server*

360 Lexington Ave., New York, NY 10017
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.