AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN      District of      NEW YORK

REX JONES,

           Plaintiff,

**SUMMONS IN A CIVIL ACTION**

-against-

THE CITY OF NEW YORK, POLICE OFFICER
LUIS ORTIZ (Shield 1133, Tax ID 934038, 43rd
Precinct), and JOHN DOES 1-5,

           Defendants.

CASE NUMBER: 

JUDGE KOELTL

TO: (Name and address of Defendant)

**POLICE OFFICER LUIS ORTIZ**
**(Shield 1133, Tax ID 934038)**
**43RD POLICE PRECINCT**
**900 FTELEY AVENUE**
**BRONX, NY 10472**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOEL BERGER**
**360 LEXINGTON AVENUE, 16th Fl.**
**NEW YORK, NY 10017-6502**

20

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                      MAY 19 2008

CLERK                                                      DATE

*Catherine Lapsley*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | May 20, 2008 |
| NAME OF SERVER (PRINT) Thomas Richardson | TITLE | Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Desk Officer, 43rd Precinct

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 20, 2008         *Thomas Richardson*
                  Date                    Signature of Server

221 West 37th St., New York, NY 10018
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.