UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

REX JONES,

                          Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER LUIS
ORTIZ (Shield No. 1133, Tax ID 934038, 43rd Precinct),
and JOHN DOES 1-5

                          Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ 4618 (JGK)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
                June 20, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-0786

                               By:            /s/
                                        Michael K. Gertzer

TO:    Joel Berger, Esq. (by ECF)